UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-mj-8078-RMM**

UNITED STATES OF AMERICA,

V.

Ahmed Sultan FARAZ,
 a.k.a. Quicksilver_11,
 a.k.a. big pp guy,

   Defendant.
_____/

FILED BY ____SP____ D.C.

Feb 13, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

       Respectfully submitted,

       HAYDEN P. O'BYRNE
       UNITED STATES ATTORNEY

  By: ___s/*Gregory Schiller*_____
     Gregory Schiller
     Assistant United States Attorney
     Florida Bar No. 0648477
     500 S. Australian Ave., Suite 400
     West Palm Beach, FL 33401
     Email: gregory.schiller@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ahmed Sultan FARAZ,<br>a.k.a. Quicksilver_11,<br>a.k.a. big pp guy,<br><br>_Defendant_ | Case No. 25-mj-8078-RMM |

FILED BY ___SP___ D.C.
Feb 13, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 21 - October 10, 2021 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Conspiracy to distribute of child pornography |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_AISHA A RAHMAN_
Digitally signed by AISHA A RAHMAN
Date: 2025.02.13 15:41:25 -05'00'

_Complainant's signature_

HSI Special Agent Aisha Rahman
_Printed name and title_

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: 02/13/2025

_Judge's signature_

City and state: West Palm Beach, Florida    Ryon M. McCabe, United State Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Aisha Rahman, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with Homeland Security Investigations since August 2020. Prior to federal employment, I worked for the Port St. Lucie (Florida) Police Department for nearly five-and-a-half years, serving in the capacity of a Police Officer, and a Persons Crimes Detective.  Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others. This includes investigating crimes against children, particularly offenses involving child pornography and the exploitation of children, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422 et. seq.  I have attended and received training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children.  I have also spoken with and investigated many individuals who have sexually abused children. From those conversations, I am aware of common methods individuals use to sexually exploit children online.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

3. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers.  The information set forth in this affidavit is not intended

to detail all facts and circumstance of the investigation known by me or other law enforcement personnel. Rather, this affidavit serves solely to establish that there is probable cause to believe that Ahmed Sultan **FARAZ** (a.k.a. Quicksilver_11 a.k.a. 'big pp guy') violated 18 U.S.C. § 2252A(a)(2) and (b)(1) (conspiracy to distribute of child pornography) and 18 U.S.C. § 2252A(a)(2) (distribution of child pornography).

## **BACKGROUND ON KIK**[1]

4. Kik Messenger, acquired by MediaLab in California in 2019, is a chat application for mobile devices in which users can send text messages, pictures, and videos to other users. Users can communicate directly with an individual or with multiple users in a group chat. When signing up for a Kik account, a user supplies an email address (which does not have to be verified), a unique username, and a display name that is seen when chatting with others. A user can also supply a phone number, date of birth and other information. In creating Kik accounts, users tend to not use their real names or date of birth, and will create an email account only to use to verify the Kik account.

5. Through my training and experience, I have identified that Kik is frequently used to facilitate, distribute, access, view, find and discuss child pornography. This is accomplished by individuals creating groups or finding other Kik users interested in child pornography. Child pornography is frequently shared within Kik by users posting the images or videos of child pornography directly to the group or providing a "link," which will direct the Kik user to various online storage facilities where the images and videos of child pornography are stored.

---

[1] MediaLab.AI, Inc. produces a Kik Law Enforcement Guide that is publicly available online and describes material they maintain and can provide through the execution of lawful service. *See* https://lawenforcement.kik.com/hc/en-us/article_attachments/360050822711/Kik_Law_Enforcement_Guide.pdf. This guide and knowledge of other law enforcement operations has provided your affiants with the information being requested of MediaLab.ia, Inc.'s Kik application in this application and attachment B to the search warrant.

## STATUTORY AUTHORITY AND DEFINITIONS

6. This investigation concerns alleged violations of 18 U.S.C. § 2252A relating to material involving child pornography.

   a. 18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

   b. "Child Pornography" includes any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction was a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(8).

   c. "Sexually explicit conduct" applies to visual depictions that involve the use of a minor, *see* 18 U.S.C. § 2256(8)(A), or that have been created, adapted, or modified to appear to depict an identifiable minor, *see* 18 U.S.C. § 2256(8)(C). In those contexts, the term refers to actual or simulated (a) sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person. *See* 18 U.S.C. § 2256(2)(A).

## PROBABLE CAUSE

7. From approximately September 21, 2021, through October 10, 2021, a HSI Task Force Officer (TFO), at all times located in the Southern District of Florida, entered and monitored

the Kik chatroom named "Hansel & Gretel" in an undercover capacity to observe and document any illegal activity that may be occurring, relating to child exploitation. The room was predicated on users posting photographs and videos of child pornography, or links to websites that allowed users to view or download child pornography.

8. Upon entering the chatroom, the TFO observed that the administrator of the chatroom "Pandora" posted a list of rules for all users in the chatroom. These rules were posted every time a new user entered the chatroom. The rules included that the chatroom "is extreme and 13 down" (referring to the fact that the image and video content shared in this chatroom was to depict children 13 years of age and under). It also stated that to remain in the chatroom, each user must post at least three videos, a user must state their age and sex, and inactive users would be removed. The rules also provided that the room was "private" and by "invite only." For a user, other than "Pandora" to allow a new member into the room, a new member would have to be added "to the Public first" prior to being invited into this private chat room. Finally, private messaging between users was prohibited unless it was first asked within the chatroom.

9. The TFO observed that the users in the chatroom were soliciting and distributing numerous graphic videos and images of child pornography in the chatroom. The images and videos depicted the sexual abuse and exploitation of very young children. This activity continued on a daily basis within the chatroom from September 21, 2021, through October 10, 2021. Based upon the images and videos shared and sought, it was evident that the purpose of this chatroom was for distributing child pornography depicting children under the age of 13, and that all members upon entering the room entered with the purpose of distributing and receiving child pornography with each other.

10. The TFO observed Kik user **Quicksilver_11** a.k.a. 'big pp guy' a.k.a. "big pp guy,"

had already previously entered the Hansel & Gretel as of September 21, 2021.

11.     On September 25, 2021, around 9:09am, a user posted, "Wish I could adopt a little and use her tbh". User Tonfun97[2] responded, "Plus it would be hot to share daug with friends so they could get them preg and we cloud hame more fun lol". The first user replied, "I would def share lol" and posted a picture of a 10 to 12-year-old girl touching her vagina with a pen. **Quicksilver_11** then wrote, ""Every morning men of the family should kiss daug's pussy in a lineup", followed by another user posting a picture of the face of a 9 to 11-year-old girl with a blue dildo in her mouth.

12.     After 1:00 P.M. that day, a user posted an image of a 11 to 13-year-old fully nude girl with her hand around and licking the forehead of a fully nude, 7 to 9-year-old girl. Following the posting, **Quicksilver_11** commented, "That younger girl has pussy so tight that not even a finger would go in."

13.     On September 26, 2021, between 6:20am and 7:58am, upon several users joining the room, the rules were posted five different times. At approximately 7:58 A.M., **Quicksilver_11** posted an image in the chatroom, transmitted to all members of the room, including the TFO. The image depicted a 2 to 5-year-old nude girl, positioned on her hands and knees, the focus of the image on her buttocks and vagina. An adult white male has his hand on the child's vagina. After posting the image, **Quicksilver_11** wrote, "Anyone has vid of this?" making a request of fellow chatroom users to post the video that this particular image was captured from. Thereafter, a user commented, "I like it when small headed kids suck big dicks", followed by another user posting a picture of a nude 11 to 13-year-old girl, lying on her back with her vagina visible in the photo and a video, the preview images of which appears to be a vagina covered by an orange G-string.

---

[2] This user has been identified, arrested, and convicted.

**Quicksilver_11** then wrote, "Image not available for the one above the orange panty."

14. At approximately 5:27pm that day, user **Quicksilver_11** posted in the chatroom, "Every morning little girls should hop on daddy's dick to begin the day". User A****_******* responded with three heart-eyed emojis. User I******** responded with several CSAM videos.

15. On September 27, 2021, at approximately 9:17 A.M., user Quicksmoke024[3] posted a video. The visible preview image of the video revealed a girl wearing a green school uniform. Following this posting, other users, including **Quicksilver_11** commented on the same as follows:

| | |
|---|---|
| M*********: | "Uww cute bottom" |
| T*********: | "Sweet" |
| L*********: | "What a sweet girl [smiley face emoji]" |
| **Quicksilver_11**: | "Her butthole [drool face emoji]" |

16. At approximately 11:27 P.M. that day, user **Quicksilver_11** distributed two images in the chatroom. The first image depicted two fully nude 7 to 9-years-old white females standing next to each other. The next image depicted the same two juvenile females, fully nude, sitting on a couch, with one having her legs up and spread to the side, exposing her vagina to the camera. Following these distributions, a user wrote, "Gorgeous," and user Bwc694200[4] wrote, "Yum".

17. On September 29, 2021 after 7:02 A.M. when users had posted multiple images and videos of child pornography, and there was conversation about those particular files, several users discussed their favorite age of a child to see in child pornography. **Quicksilver_11** wrote, "Best age is 9 I guess just before developing secondary sexual organs and the ripe age to learn about sex and get aroused!" After another user replied, "Any experience with that?" **Quicksilver_11** responded, "Lol 0".

---

[3] This user has been identified, arrested, and convicted.
[4] This user has been identified, arrested, and convicted.

18.     By October 6, 2021, the UC ended the recording of the room, **Quicksilver_11** still remained in the chatroom.

19.     In response to a subpoena, Kik provided **Quicksilver_11** was created on June 24, 2020 with email address ahsufa11@gmail.com ("Email 1"), the first name "big", last name "pp guy", date of birth 12/19/93, and an Android OnePlus Model HD1905 device, known as a OnePlus 7T. The last name on the account had previously been "Faraz." Kik provided IP logs to access the account beginning on September 27, 2021, through October 10, 2021. T-Mobile could not identify the subscriber of the IP logs.

20.     In response to a subpoena, Google provided ahsufa11@gmail.com was created with name Ahmed FARAZ on May 18, 2019, a recovery email of faraz007.ahmed2007@gmail.com ("Email 2"), and phone number of 346-763-3315. Additionally, Google provided payment information with the name of Ahmed FARAZ, 611 Whitney Oaks Ln., Stafford, TX 77477 ("Whitney Oaks Ln address"), and a Visa credit card that expires February 2025.

21.     In response to a subpoena, Google provided that Email 2 was created on November 4, 2009 with the same FARAZ name with an alternative email of faraz007.ahmed2007@yahoo.com ("Email 3"), recovery email of Email 1, and phone number of 346-763-3315. Additionally, Google provided payment for Ahmed Sultan FARAZ at several locations including the Whitney Oaks Ln address, and a Visa credit card that expires February 2025.

22.     Texas motor vehicle databases confirmed that Ahmed Sultan FARAZ, DOB 12/**/94, SS# ***-**-3446, Alien # ******128, born in Hyderabad, India, entered the United States on a non-immigrant F1 student visa in 2017. As of 2022, his address was Whitney Oaks Ln address. A review of FARAZ' visa application listed Email 2. "Ahsufa" in Email 1 combine the

first 2 letters of each of FARAZ's three names; "11" in Email 1 is the same number in the Kik username. The Whitney Oaks Ln address was owned by Mohammed Abdur-Raoof SIDDIQUI and his wife. FARAZ and SIDDIQUI were both the registered owner of a 2020 Toyota Camry, Texas Place #MWS 7509. HSI conducted months of surveillance at the Whitney Oaks Ln address in 2022, however FARAZ was never seen at this address, due to the fact, as is detailed below, FARAZ had moved out.

23. T-Mobile provided that 346-763-3315 was assigned to Syed M. HUSSAIN with DOB 06/\*\*/89, SS# \*\*\*-\*\*-5894, and subscriber & billing address of 10350 Lands End Dr., Apt 2904, Houston, TX ("Lands End Dr address"). The Lands End Dr address and Whitney Oaks Lane address are less than five (5) miles apart. A review of immigration databases revealed that HUSSAIN and FARAZ are brother in-laws. T-Mobile also provided that the phone number to use this account for the entirety of 2021 was a phone with IMEI # 867891040765510. The IMEI is unique to each phone. Publicly available information from IMEI.info provided that this IMEI belongs to a OnePlus 7T phone.

24. In April 2022, a review of FARAZ' Facebook page revealed a photograph that matched his driver's license. The page also displayed his nickname "Ahsufa", his hometown as "Hyderabad," that he was living in Houston Texas, and attended the University of Houston (UH). Texas wage and earnings indicate FARAZ last received income in Texas in the 4th quarter of 2020 from Goodman Manufacturing Company.

25. In May 2022, North American University & Gulf Language School provided a course schedule for FARAZ that indicated all 3 of his courses for the current term were "online flexible." IP logins were obtained of FARAZ' student account with username fasfaraz@na.edu. A subpoena return from ISP Subsentio for the only login IP used from May 18-19, 2022, to wit:

24.148.16.107, revealed it was assigned to an identified person with the initials M.A. of a particular address in Chicago, IL with phone number 773-***-1550, the account having been active since November 14, 2015. A review of the previously provided T-Mobile # records for 346-763-3315 revealed 75 phone calls between the 3315 and 1550 phone numbers in 2021.

26. On May 31, 2022, FARAZ' Facebook cover photograph was updated to show FARAZ sitting in a cave, which law enforcement identified in Starved Rock State Park, Oglesby, Illinois. An Illinois Conversation Police Officer had tour guide personally identify the same cave in person. This location is two hours from Chicago. The previous Facebook cover photograph was uploaded on November 18, 2021 and showed FARAZ sitting in Grant Park, Chicago, IL.

27. In late 2024, HSI received information from United States Citizenship and Immigration Services (USCIS) that Ahmed Sultan FARAZ had a pending Legal Permanent Resident application with USCIS and is currently residing in Michigan. USCIS provided updated information regarding FARAZ, his contact information, and his whereabouts.

28. USCIS provided that on June 14, 2017, the U.S. Consulate in Hyderabad, India issued FARAZ a F1 student visa. On February 26, 2022, FARAZ married U.S. citizen A.Q. in Brownstown, Michigan. On May 20, 2022, FARAZ filed an I-485, Application for Register Permanent Residence or Adjust Status (a 'green card' application). Concurrently, A.Q. filed an I-130, Petition for Alien Relative on behalf of FARAZ to classify him as the spouse of a U.S. citizen. Also included in the I-485 application are I-131 and I-765 applications for Travel Documents, Parole Documents, and Arrival/Departure Records, and Employment Authorization respectively. On January 10, 2023, the initial I-131 and I-765 application were approved. On September 11, 2023, FARAZ was interviewed at the USCIS Detroit Field Office. At the interview, the officer reviewed the application and made several changes to the application. When asked if he had family

in the United States, FARAZ stated he had family in Houston and Chicago. On August 14, 2024, FARAZ filed for a new travel and work authorization while his green card application was pending.

29.     Over the course of 2024, FARAZ made multiple inquiries to USCIS about the status of his application, in each instance, using Email 1. His most recent inquiry was on October 29, 2024.

30.     HSI reviewed several of the documents FARAZ' filed with USCIS:

  a.    The **I-693** Report of Medical Examination and Vaccination Record that was filed in April 2022 listing Email 2. The **G-28** Notice of Entry of Appearance as Attorney or Accredited Representative that was filed in May 2022, which FARAZ also signed, listed Email 2.

  b.    The **I-485** Application to Register Permanent Residence or Adjust Status filed in May 2022 listed FARAZ' address as 19173 Red Oak Ln, Brownstown, Michigan 48193, and a previous address as the Whitney Oaks Ln address where he asserted to have resided from July 23, 2017 to February 26, 2022 (prior to surveillance conducted at the residence). He listed that his employment was as a design engineer for Goodman Manufacturing at in Waller, Texas. FARAZ listed his phone number as 630-710-8853 and Email 2.

  c.    The **I-130** Petition for Alien Relative that FARAZ's wife filed in May 2022 listed FARAZ's same phone number and Email 2 that FARAZ listed in is I-485 application, above.

  d.    The **I-765** Application for Employment Authorization filed in May 2022 listed the same address, phone and Email 2 as in his I-485 application, above.

31.     On September 27, 2022, FARAZ submitted a fax to USCIS requesting that they expedite his I-765 application due to financial hardships. The fax cover sheet FARAZ submitted included his contact information as Email 1 and phone number 630-710-8853. FARAZ signed his

letter requesting the expedited process, "Regards, Ahmed Sultan Faraz. Ahsufa11@gmail.com. 630-710-8853". He also included supporting documentation to include his college transcript, tuition payment history, car payment information, car insurance payment history, and most recent bank statement.

32. HSI reviewed two more recent documents FARAZ filed with USCIS:

   a. The **I-765** Application for Employment Authorization (renewal) filed in August 2024 listed FARAZ current address as 27548 Gateway Dr. E, Apt. 104, Farmington Hills, MI 48334, Email 1 and his phone number as 630-710-8853.

   b. The **I-131** Application for Travel Document (Advance Parole Document) filed in August 2024 listed that FARAZ intends to travel on March 1, 2025 for seven days and requested an Advance Parole Document to allow him to return to the U.S. after his temporary foreign travel. He stated he intended to travel to Germany and India for a "work related" trip and to meet relatives.

As of February 3, 2025, the newest I-765 and I-131 applications have not yet been adjudicated.

33. USCIS also provided that FARAZ's 'myUSCIS' online account is accessed using Email 2. The account was most recently accessed on January 6, 2025.

34. In January 2025, a public search of Facebook for Email 1 revealed FARAZ' Facebook account and included the following:

   a. The profile name "Ahmed Sultan Faraz (Ahsufa)";
   b. The cover photo as the same photo of in a cave, posted May 31, 2022.
   c. The profile photo of FARAZ standing in the woods with his hands on his hips, posted May 30, 2023.
   d. The profile lists he currently lives in Canton, Michigan, is from Hyderabad, India, is married to "A**** Q****" since February 26, 2022, and education history.

35. A public search of Instagram for "ahsufa" revealed the account @ahsufa with a display name "Ahmed sultan faraz". The profile photo on the account is of FARAZ.

36. A public search of phone number 630-710-8853 on the mobile payment application Zelle, showed that the phone number was linked to "AHMED FARAZ".

## CONCLUSION

37. Based on the foregoing, I respectfully submit there is probable cause to believe that Ahmed Sultan **FARAZ** (a.k.a. Quicksilver_11, a.k.a. 'big pp guy') committed the offenses of conspiracy to distribute of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) and distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2).

Respectfully submitted,

AISHA A RAHMAN
Digitally signed by AISHA A RAHMAN
Date: 2025.02.13 15:43:12 -05'00'

AISHA RAHMAN
Special Agent
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1. on February 13, 2025.

THE HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE